In the Matter of HELAINE S. BRICK (Admitted as HELAINE SUSAN BRICK), a Disbarred Attorney. [779 NYS2d 779]—Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to a hearing panel for a hearing and report, as indicated. No opinion. Concur—Nardelli, J.P., Andrias, Sullivan, Lerner and Friedman, JJ.